# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KEELEY, IRENE M. | USDC NORTHERN DISTRICT OF WV | 06/13/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT <br> NORTHERN DISTRICT OF WV <br> PO BOX 2808, CLARKSBURG, WV | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. IMMEDIATE PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. CHAIR - PRESIDENT'S HOUSE ADVISORY COMMITTEE | WEST VIRGINIA UNIVERSITY |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 JUN 22 A 11:03
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Keeley, Irene M

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | GROUND BREAKERS INC - PRESIDENT |
| 2. 2008 | CLARKSBURG WATER BOARD - MEMBER |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. FEDERAL JUDGES ASSOCIATION | 05/03/2008 to 05/08/2008 | WASHINGTON DC | PROFESSIONAL ASSN MEETING | TRANSPORTATION & MEALS |
| 2. TAMPA BAY CHAPTER OF FEDERAL BAR ASS'N | 05/21/2008 to 05/23/2008 | ORLANDO, FL | PROFESSIONAL ASSN MEETING | TRANSPORTATION, MEALS & LODGING |
| 3. FEDERAL JUDGES ASSOCIATION | 12/02/2008 to 12/02/2008 | WASHINGTON DC | PROFESSIONAL ASSN MEETING | TRANSPORTATION & MEALS |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| KEELEY, IRENE M. | - | 06/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | THE HUNTINGTON NATIONAL BANK | PERSONAL GUARANTOR CORPORATE LINE OF CREDIT | P1 |
| 2. | ST PAUL COMPANIES | PERSONAL GUARANTOR CONSTRUCTION PERFORMANCE AND PAYMENT BONDS | P2 |
| 3. | THE HUNTINGTON NATIONAL BANK | PERSONAL GUARANTOR OF LLC BANK DEBT | P2 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK ACCTS | A | Interest | P1 | T | | | | | |
| 2. HUNTINGTON NATL BANK ACCOUNTS | F | Interest | P1 | T | | | | | |
| 3. MERRILL LYNCH CMA ACCT | D | Interest | O | T | | | | | |
| 4. GROUND BREAKERS INC S CORP COMMON STOCK | H1 | Distribution | P1 | U | | | | | |
| 5. PROGRESS ENERGY INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. CHEVRON CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 7. BANK OF AMERICA CORP COMMON STOCK | B | Dividend | J | T | | | | | |
| 8. EDISON INT'L CALIF COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. CSX CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. FRIEDMAN BILLINGS AND RAMSEY COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. SAND HILL FARMS LLC | | None | | | Closed | 12/31 | J | A | SEE PART VIII ADD'L INFO |
| 14. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. CITIGROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. THE TRAVELERS COMPANIES INC COMMON STOCK | A | Dividend | J | T | | | | | SEE PART VIII ADD' INFO |
| 19. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 20. NOTE RECEIVABLE THE OFFICE PROPERTIES LLC | | None | N | T | | | | | |
| 21. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Interest | K | T | | | | | |
| 22. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | D | Interest | K | T | | | | | |
| 23. NORTHWESTERN MUTUAL EXTRA ORD LIFE POLICY | C | Interest | M | T | | | | | |
| 24. NORTHWESTERN MUTUAL ADJ COMP LIFE POLICY | E | Interest | O | T | | | | | |
| 25. WORKING INTEREST D-86 TRAVIS, DODDRIDGE CTY,WV | B | Royalty | J | U | | | | | |
| 26. WORKING INTEREST D88 LOWTHER&D92MCQUAID HARRISON CTY WV | B | Royalty | J | U | | | | | |
| 27. WORKING INTEREST D103 WINDON HARRISON CTY WV | A | Royalty | J | U | | | | | |
| 28. WORKING INTEREST D105 SWEENEY HARRISON CTY WV | B | Royalty | J | U | | | | | |
| 29. WORKING INTEREST D106 DOYLE HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 30. WORKING INTEREST D107 HARDMAN HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 31. WORKING INTEREST D108 SHAFFER HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 32. ESTATE # 1 (appraisal date 11/19/03) | | None | M | Q | | | | | |
| 33. --COMMERCIAL REAL ESTATE,HARRISON CTY,WV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| KEELEY, IRENE M. | 06/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - LINE 13 - INVESTMENT DETERMINED TO BE WORTHLESS AT 12/31/2008

PART VII - LINE 18 - ASSET LISTED AS "TRAVELERS PROPERTY CASUALTY CORP" ON PRIOR REPORTS.

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544